ten dollars costs. [See 266 App. Div. 1002.] Present — Martin, P. J., Townley, Untermyer and Dore, JJ.

STATEN ISLAND EDISON CORPORATION v. STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument and for other relief denied. Settle order on notice. [See *ante*, p. 152.] Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Executor and Trustee under the Will of HARRIET P. JAMES, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 761.] Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Executor and Trustee under the Will of HARRIET P. JAMES, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 761.] Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

JESSE G. GREENBERG v. MUTUAL BENEFIT HEALTH AND ACCIDENT ASSOCIATION, OMAHA, NEBRASKA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 186.] Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

JOSEPH PITEO, Doing Business as PITEO'S SILVER ARROW CITY LINES, v. BARNWELL BROTHERS, INCORPORATED.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. [See *ante*, p. 761.] Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of LOUIS CHERNOW, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, JANUARY, 1944.

### (January 10, 1944.)

SAMUEL ALTSHULER, Respondent, v. EXELLER CHEMICAL CO., INC., Appellant. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

JOSEPH DEBONIS, Respondent, v. CHARFAN REALTY CORPORATION et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, v. NEW ROCHELLE TRUST COMPANY, as Executor of GERTRUDE A. ALDERDICE, Deceased, Respondent. (Appeals No. 1 and No. 2.) — Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1021; 267 App. Div. 124.] Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

MEYER GLADSTONE et al., Doing Business under the Name of GLADSTONE-DASEY ASSOCIATES, Respondents, v. HYMAN HARPER, Defendant, and HENAJ REALTY COMPANY, INC., Defendant-Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.